# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| TYLER H., | ) |
|         **Plaintiff,** | ) ) ) |
| v. | )   No. 1:19-cv-00005-GZS |
| ANDREW M. SAUL, Commissioner Of Social Security, | ) ) ) ) |
|         **Defendant** | ) ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 15) filed June 27, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Administrative Decision is **AFFIRMED**.

                                                    /s/ George Z. Singal
                                                    United States District Judge

Dated this 15th day of July, 2019.